**UNITED STATES DISTRICT COURT**

**DISTRICT OF OREGON**

**PORTLAND DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | 3:23-cr -00106-SI |
| v. | INFORMATION |
| **JASON ROBERT ALLEN SNOW,** | 18 U.S.C. § 2113(a) |
| Defendant. | Forfeiture Allegation |

**THE UNITED STATES ATTORNEY CHARGES:**

<u>**COUNT 1**</u>
**(Bank Robbery)**
**(18 U.S.C. § 2113(a))**

On or about March 10, 2022, in the District of Oregon, defendant **JASON ROBERT ALLEN SNOW**, by force, violence, and intimidation, did knowingly take from the person and presence of another, approximately $2,000 in United States currency, which was then in the care, custody, control, management, and possession OnPoint Community Credit Union, located at 6901 NE Sandy Boulevard, Portland, Oregon, whose deposits were then insured by the National Credit Union Association;

In violation of Title 18, United States Code, Section 2113(a).

///

///

## COUNT 2
## (Bank Robbery)
## (18 U.S.C. § 2113(a))

On or about March 14, 2022, in the District of Oregon, defendant **JASON ROBERT ALLEN SNOW**, by force, violence, and intimidation, did knowingly take from the person and presence of another, approximately $300 in United States currency, which was then in the care, custody, control, management, and possession of Advantis Credit Union, located at 3515 NE 15th Avenue, Portland, Oregon, whose deposits were then insured by the National Credit Union Association;

In violation of Title 18, United States Code, Section 2113(a).

## COUNT 3
## (Bank Robbery)
## (18 U.S.C. § 2113(a))

On or about December 20, 2021, in the District of Oregon, defendant **JASON ROBERT ALLEN SNOW**, by force, violence, and intimidation, did knowingly take from the person and presence of another, approximately $700 in United States currency, which was then in the care, custody, control, management, and possession of On Point Community Credit Union, 4515 SE Woodstock Boulevard, Portland, Oregon, whose deposits were then insured by the National Credit Union Association;

In violation of Title 18, United States Code, Section 2113(a).

## FORFEITURE ALLEGATION

Upon conviction of the offenses alleged in Counts 1-3 of this Information, defendant **JASON ROBERT ALLEN SNOW** shall forfeit to the United States pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c) any property constituting or derived from proceeds traceable to the violation.

## SUBSTITUTE ASSETS

If any of the above-described forfeitable property, as a result of any act or omission of the defendant:

(a) cannot be located upon the exercise of due diligence;

(b) has been transferred or sold to, or deposited with, a third party;

(c) has been placed beyond the jurisdiction of the court;

(d) has been substantially diminished in value; or

(e) has been commingled with other property which cannot be divided without difficulty;

it is the intent of the United States, pursuant to 21 U.S.C. § 853(p) as incorporated by 28 U.S.C. § 2461(c), to seek forfeiture of any other property of said defendant up to the value of the forfeitable property described above.

DATED: March 31, 2023.  NATALIE K. WIGHT
United States Attorney


*/s/ Gregory R. Nyhus*
GREGORY R. NYHUS, OSB #913841
Assistant United States Attorney